# In the United States Court of Federal Claims

No. 15-1163

Filed: August 30, 2016

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| MALCOLM PIPES, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Having reviewed the documents concerning the Government's January 27, 2016 Motion To Dismiss, the court has determined that it is not in a position to dismiss the October 9, 2015 Complaint, because there are a number of jurisdictional facts at issue.[1] Specifically, the court requests that the Government produce the following:

1. The United States Air Force ("USAF") letter formally enrolling Plaintiff into the Self-Paced Fitness Program ("SFIP");

2. The USAF Fitness Screening Questionnaire completed by Plaintiff on or about January 6, 2006;

3. The February 5, 2006 USAF Medical Clearance Exam Report from the 917th Medical Squadron;

4. The USAF Adverse Event Report concerning Plaintiff's September 3, 2006 stroke;

5. All documents concerning the USAF's determination that Plaintiff's stroke did not occur in the line of duty, *i.e.*, during inactive duty training, and, if applicable, affidavits from those USAF personnel who relayed the USAF's determination to Plaintiff on December 5, 2006 and February 4, 2007; and

---

[1] Therefore, the Government's January 27, 2016 Motion To Dismiss is denied.

6. A copy of or internet link to all relevant Air Force Instructions ("AFI") not already submitted to the court, including:

- AFI 36-3209
- AFI 41-210

The Government will submit these documents to the court on or before October 14, 2016. Upon receipt of the requested documents, the court will schedule a status conference.

**IT IS SO ORDERED.**

s/ Susan G. Braden  
**SUSAN G. BRADEN**  
**Judge**