# In the United States Court of Federal Claims

No. 15-1163C
Filed: January 7, 2022

|  |
|---|
| **MALCOLM PIPES,** <br><br>          *Plaintiff*, <br><br> v. <br><br> **UNITED STATES,** <br><br>          *Defendant*. |

## ORDER

      For the reasons provided in the Memorandum Opinion filed concurrently with this Order, the plaintiff's motion for judgment on the administrative record (ECF 61), as supplemented (ECF 100), is **DENIED**, and the defendant's motion for judgment on the administrative record (ECF 64), as supplemented (ECF 104), is **GRANTED**.

      The Clerk is **DIRECTED** to enter judgment accordingly. No costs are awarded.

      It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**